INVESTIGATIVE REPORT
STARTED BY: Dedric Johnson
SUBMITTED BY: Dedric Johnson
DATE REPORT COMPLETED: 11/25/2020

DOCKET/TYPE: 01/2021 Parole

FACILITY/SECURITY: DAVCF/Medium

NAME: JAMES P. LESLEY, JR.

PERSONAL APPEARANCE: Y2

NUMBER: 438533

AGE/SEX: 04/01/1975 (45/M)

RECEPTION DATE: 01/15/2003

REBILL DATE:

OFFENSE COUNT: 1

OFFENSE: #Felony Murder In The First Degree

SENTENCE: Life

COUNTY: Oklahoma County

CF: 1999-6416

OFFENSE HISTORY: None
Prior Board Considerations: 01/2018 Stage I Parole - Board denial
11/2015 Stage I Commutation - Board denial
01/2015 Stage I Parole - Board denial

JAIL TIME: 1137 days

CRD: Life
PRD/CR: Life (L4)

NUMBER PRIOR INCARCERATIONS: 0

NUMBER OF OTHER CONVICTIONS: 3

PAROLE ELIGIBILITY AUTHORITY: Three Years

LAST BOARD CONSIDERATION: 01/01/2018 (Denied)

NEXT BOARD CONSIDERATION: 01/01/2024 (Three Years)

1. CC AND/OR CS CASES OR DETAINERS:
   CS: Assault And Battery With Deadly Weapon With Intent To Kill, Count 3, 20 Years, Oklahoma County, CF 1999-6416, (CS to Count 1.)

JAMES P. LESLEY, JR. 438533                    1                    JAMES P. LESLEY, JR. 438533

*Exhibit A*

CS: Attempting To Kill Another, Count 5, 16 Years, Oklahoma County, CF 1999-6416, (CS to Count 4.)

CS: Conspiracy To Commit Murder, Count 4, 10 Years, Oklahoma County, CF 1999-6416, (CS to Count 3.)

## 2. DISTRICT ATTORNEY'S VERSION:

The above listed Defendant forcibly broke into the home of Danielle Scott while trying to locate her boyfriend, Calvin Elliott. Calvin had previously stolen a camcorder from the Defendant, J.P. Lesley. Danielle Scott was 19 years old and 8 1/2 months pregnant. Danielle Scott was not involved with the camcorder incident in any way. J.P. Lesley was dealing drugs in his neighborhood. Defendant Lesley took his friend, Blonner, with him to Danielle Scott's residence to get Calvin Elliott. J.P. Lesley was armed with a gun and Blonner had a knife. Both Danielle and Calvin Elliott were assaulted and held at gun and knife point while J.P. Lesley threatened them trying to find dope and money he believed had been stolen from him by Calvin Elliott. Blonner held Danielle with a knife to her throat. When Calvin Elliott refused to give J.P. Lesley information about the location of the dope and money, he (Lesley) ordered Blonner to "do the bitch." Blonner, acting at the direction of Lesley cut Danielle's throat. As Lesley continued to hold Calvin Elliott on the floor, Blonner came to Lesley's aid because Elliott had begun to fight for the gun. Lesley leaned out of the way, still holding Calvin down, while Blonner cut Calvin Lesley's throat. Danielle Scott died from her injuries. Calvin Elliott lived, but was severely injured. Danielle Scott's baby, K       , suffered irreparable brain damage, due to the death of her mother prior to her delivery. K       S     is now living at the Children's Convalescent Hospital. K       is unable to hear, move, feel, eat, or smile. It is unlikely that she can even think or is aware of her own existence. J.P. Lesley was convicted of taking the life of Danielle Scott, as a principal, while in the commission of the felony of breaking into Danielle's home. She was totally innocent. Lesley was also convicted of Assault and Battery with a dangerous weapon with the intent to kill Calvin Elliott. He and Blonner were acting conjointly. Lesley was also convicted of Conspiracy to commit murder in the first degree and Attempting to kill another (K       S     ). The jury also convicted Lesley of Burglary in the first degree, but the Court dismissed the conviction because it merged with the felony murder conviction. J.P. Lesley set this murder in motion. He was the driving force behind the entire scenario. But for J.P. Lesley, this murder of a totally innocent victim would not have occurred. J.P. Lesley should served the maximum time allowed.

## 3. OFFENDER'S VERSION OF INSTANT OFFENSE:

Admits guilt. Lesley's home had been burglarized twice. After the second time Lesley's co-defendant told him who had done it. Lesley told the police but was told that they could not do anything unless there was a witness. Lesley then decided to confront the male victim. A mutual acquaintance of the male victim and Lesley told Lesley where the male victim lived and that he lived with his pregnant girlfriend. Lesley was told the girlfriend's work schedule so Lesley decided to go there when she would most likely be at work. Lesley and his co-defendant went to confront the male victim at his house a few days later when Lesley figured that the girlfriend was at work. They knocked and when the victim opened the door Lesley grabbed the male victim by the neck and rammed him into the wall. At that point Lesley noticed that the female victim was coming down the stairs. Lesley's co-defendant grabbed the female victim by the arm and put her on the couch. Lesley then sat the male victim next to her and told the male victim several times to give Lesley back what belongs to him. The male victim kept saying that his girlfriend is pregnant which made Lesley more upset. Lesley then grabbed the male victim, slammed him on the floor behind the couch and started choking him. Lesley heard a scream behind him, turned and saw the female victim falling to the floor with his co-defendant behind her with a knife in his

hand. Shocked at what he saw Lesley froze. The male victim then grabbed Lesley's gun off of the floor so Lesley started struggling for possession of it. Lesley's co-defendant came to help and put the knife to the male victim's throat. The male victim started fighting with the co-defendant so Lesley regained control of the gun and ran out of the house. Once Lesley got outside he saw the female victim running down the street. Lesley ran towards a field and got about twenty yards when he heard his co-defendant yelling. Lesley ran back and got into the passenger seat of his car and the co-defendant drove off. Lesley asked what happened and his co-defendant kept saying don't worry about it. The co-defendant drove to his house and got out. That was the last time Lesley saw the co-defendant until the preliminary hearing. Jury trial. (Interview Questionnaire 11/20/2020)

Date Interview Conducted: N/A

4. CHRONOLOGY OF PRIOR FELONY CONVICTIONS:
None

5. OTHER RELEVANT INFORMATION:
None

6. EVALUATION OF PREVIOUS ADULT COMMUNITY SUPERVISION:
None

7. EVALUATION OF ALTERNATIVE RELEASE PROGRAMS:
None

8. INSTITUTIONAL TRANSFERS:
None

9. DISCIPLINARY RECORD:
Date of last Misconduct Report: 08/23/2018

Total Misconduct Reports: 6

Past Year: 0

Violent or S/A related misconducts 2-10 years old:

08/23/2018, Individual Disruptive Behavior (A)
, Davis Correctional Facility, Refused to submit to a drug test.

10. SUBSTANCE ABUSE & MENTAL HEALTH HISTORY & TREATMENT:
Substance Abuse
None
Substance Abuse History & Treatment (offender)
Admits to social alcohol use from age 20 to 24 and monthly marijuana use from age 14 to 4. Denies ever attending substance abuse treatment prior to incarceration. (Interview Questionnaire 11/20/2020)

The ASUS inventory dated 01/17/2003 has an involvement score of 5, disruption score of 2 and

treatment level 1. He admitted to 50+ lifetime use of marijuana with 24 being the age of last use and 1 to 10 times alcohol use with 24 being the age of last use. Treatment referral guidelines indicate low use, minimal disruption and low need with a recommendation of 8 to 10 hours of substance abuse education.

Mental Health History & Treatment (offender)
MH - 0: No mental health history. (IHAP)

Treatment
None

11. DOCUMENTED VIOLENT BEHAVIOR:
In conjunction with the controlling offense, charged with Burglary First Degree 11/23/1999 - dismissed. (OSCN) Incident report for fighting an inmate in the county jail 10/05/2000. (Oklahoma County Jail Incident Report) Blood gang member. (Offender Profile) Separatee filed on 9/05/2008 for allegedly threatening an inmate. (SIMS)

12. PROGRAM NEEDS AND PARTICIPATION:
Education Programs Recommended: Completed OCI Wood Shop Furniture Factory 10/04/2012 and 11/13/2013. (Certificates) Claims diploma. (2014 Interview) Completed Tutoring class and Business Computers Vo Tech - completion dates undocumented. Participating in Electrical Vo Tech, projected completion date undocumented. (Interview Questionnaire 11/20/2020)

Substance Abuse Programs Recommended: Completed 16 weeks of Alcoholics And Narcotics Anonymous 08/03/2004 and Living Longer Living Stronger 08/07/2014. (Certificates)

Cognitive Behavior Programs Recommended: Completed Cage Your Rage 06/30/2004, TFC 06/09/2011 and Victim's Impact 05/24/2013. (Certificates)

Other Programs Recommended: Completed The Mind Of Christ via Genesis One 12/22/2011, Methamphetamine Recovery Bible Study Course 02/13/2012 and HIV/STD 06/03/2014. (Certificates) Completed Healthy Heart - completion date undocumented. (Interview Questionnaire 11/20/2020)

13. WORK PERFORMANCE:
Current - OCI, no evaluations. (10/23/2014 IFAF)
Prior - Prior evaluations were outstanding.

14. PAROLE PLAN:
Not Applicable - CS

15. PERSONAL INFORMATION:
Divorced, 0 dependents, Education: Some College
Primary Job Skill:
Six years of experience as a property book specialist while in the U.S. Army.

Employment History:
Student when arrested.

JAMES P. LESLEY, JR. 438533                    4                    JAMES P. LESLEY, JR. 438533


Exhibit A

Military Service:
U.S. Army, E-4, 07/07/1993 to 07/05/1998, Army Lapel Button, Army Commendation Medal, National Defense Service Medal, Army Service Ribbon, Expert Marksmanship Qualification Badge With Grenade Bar, Expert Marksmanship Qualification Badge With Rifle Bar M-16, Honorable Discharge.

Family history related to criminal behavior:
Denies Criminal Behavior is related to personal family history
Source for above information:
(Interview Questionnaire 11/20/2020, DD Forms 214)

16. INVESTIGATOR RECOMMENDATION:
Yes, parole is recommended to the CS case. The subject is serving his first incarceration, has completed all of his program needs and has not received a rule infraction in more than two years.

The LSI-R conducted on 01/16/2003 shows a Total Score of 20 with a Change Score of 16, indicating he is at a moderate risk of re-offending.