## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES PATRICK LESLEY JR.,**         ) | |
| ) | |
| **Plaintiff,**         ) | |
| ) | |
| v.         ) | Case No. CIV-21-231-G |
| ) | |
| ) | |
| **DAVID PRATER, District Attorney**         ) | |
| **of Oklahoma County,**         ) | |
| ) | |
| **Defendant.**         ) | |

## **ORDER**

Plaintiff James Patrick Lesley Jr. filed this federal civil rights action on March 18, 2021. *See* Compl. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On May 19, 2021, Judge Erwin issued a Report and Recommendation (Doc. No. 10), in which he recommended that this action be dismissed on screening for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915A(b)(1). In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object to the Report and Recommendation by June 7, 2021. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

The Report and Recommendation was mailed to Plaintiff at the address he provided to the Court. As of this date, Plaintiff has not submitted an objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 10) is ADOPTED in its entirety. This action is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 15th day of June, 2021.

_____
CHARLES B. GOODWIN
United States District Judge